## CUSTOMER'S MOTION TO CHALLENGE GOVERNMENT'S ACCESS TO FINANCIAL RECORDS IN THE UNITED STATES DISTRICT COURT

FOR THE __Eastern__ DISTRICT OF __Virginia__
(Name of District)                  (State In Which Court Is Located)

__Zheng Dong__                    )   Miscellaneous No. __1:20mc00002 LMB/IDD__
(Your Name)                       )   (Will be filled in by
                                  )   Court Clerk)
                                  )
           Movant                 )
                                  )   MOTION FOR ORDER PURSUANT
        V.                        )   TO CUSTOMER CHALLENGE
                                  )   PROVISIONS OF THE RIGHT TO
Department of Defense             )   FINANCIAL PRIVACY ACT
                                  )   OF 1978.
           Respondent             )

__Zheng Dong__ hereby move this Court pursuant to
(Your Name)

Section 3410 of the Right to Financial Privacy Act of 1978, 12 United States Code 3401, et seq. for an order preventing the Government from obtaining access to my financial records. The agency seeking, access is the Department of Defense.

My financial records are held by __USAA Federal Savings Bank__.
                                 (Name of Institution)

In support of this motion, the Court is respectfully referred to my sworn statement filed with this motion.

Respectfully submitted,

__Zheng Dong__
(Your Signature)

__CMR 427 Box 4103, APO, AE, 09630__
(Your Address)

__+39 334-199-4956__
(Your Telephone Number)

Right to Financial Privacy Act of 1978, Title 12 United States Code, Section 3410

## CERTIFICATE OF SERVICE

I have mailed or delivered a copy of this motion and the attached sworn statement to

<u>Virginia Eastern District Court</u> on <u>December 31</u>, <u>2019</u>
(name of the office listed in item 2 of customer notice)        (month, day)        (year)

<u>Thany dong</u>
(your signature)

Right to Financial Privacy Act of 1978, Title 12 United States Code, Section 3410